KENNETH J. SARGOY, ESQ., Bar No. 101925
  kjsarglaw@aol.com
ROBERT M. KOLLENDER, ESQ., Bar No. 73713
  rmklawofc@aol.com
**KOLLENDER & SARGOY**
2029 Century Park East, Third Floor
Los Angeles, CA  90067-2904

Telephone: (310) 277-7737
Facsimile:  (310) 277-7250

Attorneys for Plaintiff DONNA CARTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DONNA CARTER, an Individual, ) | CASE NO.  CV10-5284 VBK |
| ) | |
| Plaintiff, ) | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| -vs- ) | |
| ) | [Fed.R.Civ.P. 41(a)(1)(A)(ii)] |
| SHARIANN DINNEL, also ) | |
| known as SHARI DINNEL, an ) | |
| Individual, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

In accordance with the stipulation by and between the parties through their designated counsel that the above-captioned action be dismissed in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii), the above-referenced action is hereby dismissed with prejudice.

DATED: __August 19, 2011__  _____/s/_____
                             HON. VICTOR B. KENTON
                             UNITED STATES MAGISTRATE JUDGE

KOLLENDER & SARGOY
2029 Century Park East
Third Floor
Los Angeles CA 90067-2904
Tel:  (310) 277-7737
Fax: (310) 277-7250

CV 10-5284 CARTER Dismissal - Order.wpd

1